CITY OF PITTSBURGH, Respondent,

v.

FRATERNAL ORDER of POLICE,
Fort Pitt Lodge No. 1,
Petitioner.

Supreme Court of Pennsylvania.

May 22, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of May 2007, the Petition for Allowance of Appeal is GRANTED, as to the following issue:

Whether the Commonwealth Court's decision permitting the reduction of post-retirement healthcare benefits for active officers conflicts with the Supreme Court's decision in *Appeal of Upper Providence Township,* 514 Pa. 501, 526 A.2d 315 (1987)?

In briefing this issue, the parties are directed to address whether the arbitrator's award approving a capping of contributions for healthcare benefits for future retirees constitutes a diminishment in benefits in a present employee's pension or retirement system.

Joseph A. FESSLER and Ann
Fessler, His Wife,

v.

Leonora HANNAGAN, Richard Geelhard, Manny Whitmen, John Wojtowicz, Ronald Hillard, Lewis Attordo, Dwight Davies, Thomas Morrisary, Hugh Mundy, Leon Case, The City of Wilkes–Barre, Individually and in their Capacities as Employees of Redevelopment Authority of the City of Wilkes–Barre, Lawrence Sindaco, Esq., Flanagan, Doran, Biscontini and Shaffer, James Palermo, Esq., Sandra Sernak, Esq., David Miller, Esq., Wilkes–Barre, City Zoning, Paul Cain, William Thompson, Kenneth Finlayson, Robert Kaplan, Martin J. Myer and John Swatkosli,

**Appeal of Michael Shemonsky.**

Supreme Court of Pennsylvania.

June 1, 2007.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.